THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELLE HUDSON, Appellant. [969 NYS2d 797]—Appeal by the

defendant, as limited by her motion, from a resentence of the Supreme Court, Kings County (Reichbach, J.), imposed October 26, 2011, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.